**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
    IN THE MATTER OF REASSIGNMENT

                                    NOTICE OF REASSIGNMENT

        OF

 CASES FROM HON. NAOMI  REICE BUCHWALD

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    The cases on the attached list are reassigned to the calendar of:

                  HON. RONNIE ABRAMS

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: July 10, 2012

                        Ruby J. Krajick, CLERK

                        Philip Guarnieri
             By: _____
                        Deputy Clerk

cc: Attorneys of Record

Judge Buchwald to Judge Abrams

11-cv-0997
11-cv-3461
11-cv-4695
11-cv-5122
11-cv-6025
11-cv-6525
11-cv-7093
11-cv-7631
11-cv-7977
11-cv-8706
11-cv-9192